AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| James S. Kappel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11 c 7323 |
| Housing Authority et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:

Therefore, Kappel's case is dismissed, and his motions to proceed *in forma pauperis* and for the appointment of counsel are denied as moot. His motion for clarification is also denied as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Virginia M. Kendall   on motions for   appointment of counsel, motions to proceed in forma pauperis and for clarification by the plaintiff

Date:   Nov 7, 2011                         Michael W. Dobbins, Clerk of Court

                                            /s    Tresa S. Abraham